UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF: )
)
PAUL LEONARD SIMPSON, ) CASE NO. 18-12181-REG
) Chapter 7
      Debtor )

### TRUSTEE'S INVENTORY AND REQUEST FOR NOTICE TO CREDITORS

    Martin E. Seifert, duly qualified Trustee of the above-captioned Debtor's estate, submits this inventory and report of property of the estate of the Debtors.

    1.    All of the non-exempt assets of the estate of which he is presently aware, together with approximate values (exact values for assets in the Trustee's possession), but with no value shown where valuation is problematical or possession disputed, are as follows:

    (a)    Prorated portion of 2017 federal and state tax refunds – value unknown;
    (b)    Prorated portion of 2018 federal and state tax refunds – value unknown.

    2.    This inventory and report of property is made pursuant to Federal Rule of Bankruptcy Procedure 2015 and lists the property of the estate. Some of the property listed, or portions thereof, may not materialize into assets of the estate. Some of the property listed, or portions thereof, may not materialize into assets of the estate of sufficient value to economically reduce to cash.

    3.    Pursuant to Federal Rule of Bankruptcy Procedure 3002 (c)(5), Martin E. Seifert, Trustee, requests that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case.

I certify under the penalty of perjury that the foregoing inventory and report of property of the estate is true.

Dated: March 1, 2019

**Respectfully submitted**

**CHAPTER 7 TRUSTEE
444 EAST MAIN STREET
FORT WAYNE, INDIANA 46802
TELEPHONE: (260) 426-0444
FAX: (260) 422-0274
EMAIL: mseifert@hallercolvin.com**

**By /s/ Martin E. Seifert
MARTIN E. SEIFERT
I.D. #16857-02**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Trustee's Inventory and Request for Notice to Creditors has been sent electronically by the Court's electronic filing service this 1st day of March, 2019, to:

Jon C. Owen
jonowen@sbcglobal.net

United States Trustee
USTPRegion10.SO.ECF@usdoj.gov

/s/ Martin E. Seifert
**MARTIN E. SEIFERT**